414

388 A.2d 722

Esther POKLEMBA, Individually and as the Administratrix of the Estate of Stephen F. Poklemba, Esquire, Appellant

v.

SHAMOKIN STATE GENERAL HOSPITAL, Appellee, and Robert Greco, Anne L. Cawthern, Mrs. Neal Little, Helen Wahosky, and Quilla Mowery.

Supreme Court of Pennsylvania.

Argued Jan. 18, 1978.

Decided July 14, 1978.

William S. Hudders, Richard F. Stevens of Butz, Hudders & Tallman, Allentown, for appellant.

Allen C. Warshaw, Deputy Atty. Gen., for appellee, Shamokin State General Hospital.

Christian S. Erb, Jr., Harrisburg, for appellees, Robert Greco, Anne L. Cawthern, Mrs. Neal Little, Helen Wahosky and Quilla Mowery.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

ROBERTS, Justice.

Appellant Esther Poklemba, both individually and as administratrix of decedent's estate, brought an action in trespass against appellee Shamokin State General Hospital and others for negligent medical treatment of decedent, her husband. The Commonwealth Court dismissed the complaint against appellee on the ground that appellee, as an agency of the Commonwealth, was protected against suit by the sovereign immunity of the Commonwealth.

We have this day abrogated the doctrine of sovereign immunity. *Mayle v. Pennsylvania Department of Highways*, 479 Pa. 384, 388 A.2d 709 (1978). We therefore reverse the order of the Commonwealth Court and remand for further proceedings.

Order reversed and case remanded.*

O'BRIEN, J., filed a dissenting opinion in which EAGEN, C. J., and POMEROY, J., joined.

POMEROY, J., filed a dissenting opinion in which EAGEN, C. J., and O'BRIEN, J., joined.

O'BRIEN, Justice, dissenting.

I dissent. This Court has no power to abrogate Article I, § 11 of the Pennsylvania Constitution. See *Mayle v. Penn-*

---

* We hear this appeal pursuant to the Appellate Court Jurisdiction Act of 1970, Act of July 31, 1970, P.L. 673, art. II, § 203, 17 P.S. § 211.203 (Supp.1978).

*sylvania Department of Highways,* 479 Pa. 384, 388 A.2d 709 (1978) (Dissenting Opinion by O'Brien, J.).

EAGEN, C. J., and POMEROY, J., join in this dissenting opinion.

POMEROY, Justice, dissenting.

For the reasons set forth in my dissenting opinion in *Mayle v. Pennsylvania Department of Highways,* 479 Pa. 384, 408, 388 A.2d 709, 721 (1978), I dissent.

EAGEN, C. J., and O'BRIEN, J., join in this dissenting opinion.